COHEN
ZIFFER
FRENCHMAN
& MCKENNA

**Alexander M. Sugzda**
212.584.1812 D
asugzda@cohenziffer.com

1325 Avenue of the Americas
New York, NY 10019

212.584.1890 P
212.584.1891 F

October 19, 2022

Request **GRANTED**. The deadline for Plaintiffs' Opposition is extended to **November 4, 2022**. The deadline for Defendant's Reply is extended to **November 25, 2022**.

Dated: October 19, 2022
New York, New York

SO ORDERED

JENNIFER L. ROCHON
United States District Judge

**Via ECF & E-mail**
Hon. Jennifer L. Rochon, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

**RE:** *Thor Equities LLC et al. v. Hiscox Insurance Company*, No. 1:22-cv-07790 (JLR)

Dear Judge Rochon:

We represent Plaintiffs Thor Equities, LLC, DSFT Holdings LLC, Flatiron Partner LLC, and Madison-Thor Manager LLC (collectively, Plaintiffs") in the above-referenced matter. We write jointly together with Defendant Hiscox Insurance Company ("Hiscox") and pursuant to Section 1.F of Your Honor's Individual Practice Rules in Civil Cases to respectfully request a two-week extension of time to oppose Hiscox's Motion to Dismiss (Dkt. No. 16) as well a two-week enlargement of time for Hiscox's Reply. This is the parties' first requested extension with respect to the Motion. Plaintiffs' Opposition, currently due October 21, 2022, would be due November 4, 2022 and Hiscox's Reply would be due November 25, 2022 if Your Honor grants the parties' request.

Plaintiffs respectfully request this two-week extension to allow for the resolution of the jurisdictional issues raised by the Court in its September 15 and October 5 Orders (Dkt. Nos. 5 & 15) and addressed most recently by Hiscox in a letter of today's date (Dkt. No. 22), prior to submitting its opposition to Defendant's Motion.

Respectfully submitted,

/s/ Alexander M. Sugzda
Alexander M. Sugzda

cc: All Counsel of Record Via ECF